NOURSE & BOWLES, LLP
Attorneys for Plaintiff
EMERALD WAVE INC.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EMERALD WAVE INC.,

        Plaintiff,

- against -

CKI MINERALS & METALS CO., LTD. and CHINA
KINGDOM INTERNATIONAL GROUP CO., LTD.,

        Defendants.

------------------------------------------------------------X

**JUDGE CROTTY**

**08 CV 0125**

08 Civ.

**FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for plaintiff, Emerald Wave Inc., certifies that neither it nor any parent, subsidiary nor affiliate has shares that are publicly traded in the United States.

Dated: New York, New York
        January 7, 2008

                                  NOURSE & BOWLES, LLP
                                  Attorneys for Plaintiff

                                  By:_____
                                  John P. Vayda (JV-0339)
                                  One Exchange Plaza
                                  At 55 Broadway
                                  New York, New York 10006
                                  (212) 952-6200