NOURSE & BOWLES, LLP
Attorneys for Plaintiff
EMERALD WAVE INC.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMERALD WAVE INC.,

              Plaintiff,

      - against -

CKI MINERALS & METALS CO., LTD. and CHINA
KINGDOM INTERNATIONAL GROUP CO., LTD.,

              Defendants.
------------------------------------------------------------X

JUDGE CROTTY

08 CV 0125

08 Civ.    (   )

**EX PARTE ORDER
APPOINTING PERSONS
TO SERVE PROCESS**

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Karlene Jackson, or any *partner, associate or paralegal, or licensed process server* Nourse & Bowles, LLP, who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of John P. Vayda, that such appointment will result in substantial economies of time and expense,

    NOW, on motion of Nourse & Bowles, LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Karlene Jackson, or any *partner, associate or paralegal or licensed process server* Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
       January 8, 2008

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
    DEPUTY CLERK